# EXHIBIT 13

| | |
|---|---|
| **From:** | Frank, Noah S. |
| **To:** | Adi Sirkes; Elizabeth Wilkerson; Brandon Allen; Chris Reynolds; Nathan Smith; Christopher Ryan; Graves, Charles Tait; Marisol Ellis; Alex Meir; Mason Malone; Jim Weiss |
| **Cc:** | IBM LzLabs Service; Deron Dacus; Heffernan, Jeannie; Merideth, Vicki; #IBM_LzLabs; Mekbib Solomon |
| **Subject:** | IBM v. LzLabs - Mogensen Deposition Scheduling |
| **Date:** | Wednesday, March 27, 2024 10:07:12 AM |

Counsel,

Ms. Kelly Mogensen is available to sit for deposition on April 4, 2024 near White Plains, NY. IBM will be designating Ms. Mogensen as to LzLabs Topic Nos. 58 and 59. With regard to Topic 59, IBM will designate Ms. Mogensen to testify at a reasonable level of detail as to non-privileged information related to IBM's costs, revenues, and profits from the usage of IBM's current line of Z mainframes running z/OS.

Please confirm by Thursday, March 28 that you intend to proceed with Ms. Mogensen's deposition on April 4.

Regards,

**Noah Frank**

———————————————————————

**KIRKLAND & ELLIS LLP**

200 Clarendon Street, Boston, MA 02116
**T** +1 617 385 7570
**F** +1 617 385 7501

1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004
**T** +1 202 389 5235
**F** +1 202 389 5200

———————————————————————

noah.frank@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.